Gerald J. Di Chiara, Esq.

Laura Di Chiara, Esq.    Attorney at Law
585 Stewart Avenue, L-16
Garden City, N.Y. 11530
(212)679-1958

October 8, 2020

Judge Laura Taylor Swain
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10016

**MEMO ENDORSED**

Re: **U.S. v. Dani Bannout**
05 Cr 763 (LTS§

Dear Judge Swain,

In light of the recent filing by the Government in this matter and the email discussions between the Government and the Court, I hereby request reappointment by the Court, pursuant to the Criminal Justice Act, nunc pro tunc to October 7, 2020, so that I may review the appropriate documents and discuss same with my client, toward the aim and intention of the parties in this matter.

Yours,

/s/ Gerald J. Di Chiara

The request is granted. DE#94 resolved.

So Ordered: __/s/ Laura Taylor Swain 10/8/2020__
Judge Laura Taylor Swain